8453

## WILSON v. TELFORD.

LIMITATION OF ESTATE—FEE SIMPLE—A DEED containing after the description a provision that grantee shall provide a home for grantor and his unmarried daughter, and that if grantee should die without heirs then this deed shall become null and void, the habendum and warranty being in usual form, carries to grantee a fine simple subject to the provisions made for grantor and his daughter.

Before PRINCE, J., Greenville. Affirmed.

Action by Josephine Garrison Wilson against Bell Telford *et al.* Defendants appeal.

*Mr. J. R. Martin,* for appellants, cites: *Surrounding circumstances aid construction:* 13 Cyc. 607. *"Heirs" open to inquiry:* 21 Cyc. 418; 3 Rich. Eq. 156; 23 S. C. 46; 67 S. C. 133. *Except when used in nontechnical sense:* 23 S. C.

238; 67 S. C. 132; 93 S. C. 182; 38 S. E. 858. *"Heirs,"
meaning children:* 38 S. E. 858; 93 S. C. 182; 13 S. E. 634;
67 S. C. 132; 25 S. C. 289; 15 S. E. 278; 3 Strob. Eq. 66;
4 DeS. Eq. 549; 71 S. C. 279; 20 S. E. 209. *Construction
of deed by unskilled:* 4 DeS. 213, 459. *Granting clause
controls:* 1 Harp. 493; 4 McC. 200; 13 Cyc. 619. *Inten-
tion is rule of construction:* 23 S. C. 235; 1 Rich. 167; 67
S. C. 133; 14 S. C. 162; 16 S. C. 220; 65 S. C. 348; 4 S. C.
18; 4 Strob. 208; 28 S. C. 129; 65 S. C. 354; 47 S. C. 296.

*Messrs. McCullough, Martin & Blythe,* contra, cite: *Con-
struing "heirs" to mean "children:"* 25 S. C. 289; 4 DeS.
Eq. 459; 3 Strob. Eq. 66; 42 S. C. 346. *Grantee takes fee
simple under habendum:* 39 S. C. 271; 51 S. C. 555; 57 S.
C. 173; 48 S. C. 316; 2 Strob. Eq. 101; 6 Rich. 54; 17 S. C.
532; 91 S. C. 59.

March 14, 1913. The opinion of the Court was deliv-
ered by

MR. JUSTICE HYDRICK. By his deed, dated July 16, 1894,
Jasper Wilson conveyed to Hugh Wilson a tract of land.
The deed expresses a consideration of five hundred dollars,
and is regular in form, except that, immediately after the
description of the property in the premises, there appears the
following: "Note—The further consideration of these titles
is that the said Hugh Wilson is to provide the said Jasper
Wilson and his unmarried daughter, Belle (during her
unmarried life), with a comfortable home and support dur-
ing their natural lives; also, if the said Hugh Wilson should
hereafter marry and die without any heirs, then this deed is
null and void, and shall again be considered as my estate."
The *habendum* is to "Hugh Wilson, his heirs and assigns
forever." The warranty is to "Hugh Wilson, heirs and
assigns against me and my heirs and every person whomso-
ever lawfully claiming or to claim the same or any part
thereof."

The sole question presented by the appeal is whether Hugh Wilson took a fee conditional or a fee simple, under the deed. We agree with the Circuit Judge that subject to the provision made for the grantor and his daughter, he took a fee simple. *Clinkscales* v. *Clinkscales,* 91 S. C. 59, 74 S. E. 121, and cases cited.

Affirmed.